CENTER FOR DISABILITY ACCESS
MARK POTTER, ESQ., SBN 166317
ISABEL MASANQUE, ESQ., SBN 292673
MAIL: 100 PINE ST., STE. 1250
SAN FRANCISCO, CA 94111
(858) 375-7385; (888) 422-5191 FAX
ISABELM@POTTERHANDY.COM
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **SB3 Properties, LLC,** a California Limited Liability Company; **Mediterranean Pizza and Gyros, Inc.**, a California Corporation <br> Defendants. | **Case:** 3:21-cv-09998-WHO <br><br> **Plaintiff's Notice of Voluntary Dismissal Without Prejudice** <br><br> **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 23, 2022        CENTER FOR DISABILITY ACCESS

By: */s/Isabel Masanque*
Isabel Masanque, Esq.
Attorney for Plaintiff