United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

        Plaintiff,

   v.

SB3 PROPERTIES, LLC, et al.,

        Defendants.

Case No. 3:21-cv-09998-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 24

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated: December 27, 2022

_____
WILLIAM H. ORRICK
United States District Judge